# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**In re:**

**ANTHONY R. DELUCIA, JR.,**　　　　　　CASE NO.: 3:14-bk-000615-PMG
　　　　　　　　　　　　　　　　　　　　**Chapter 7**
　　**Debtor.**
_____/

**JAKE HUNTER,**
　　　　　　　　　　　　　　　　　　　　Adv. Pro. No.:3:14-ap-00120-PMG
　　**Plaintiff,**

v.

**ANTHONY R. DELUCIA, JR.,**

　　**Defendant.**
_____/

## STATUS REPORT

COMES NOW Creditor / Plaintiff, JAKE HUNTER ("Hunter"), by and through the undersigned counsel, hereby provides his status report as follows:

1.　As it pertains to Nassau County Circuit Court Case Number 45-2016-CA-000002, based on the Settlement Agreement approved by this Court, Jake Hunter became the sole owner of Canis Major, LLC. Subsequently, on November 2, 2016 Jake Hunter filed his First Amended Complaint to assert a cause of action on behalf of Canis Major, LLC.

2.　Subsequently, the Defendants, J. Thomas McKeel, P.A. and J. Thomas McKeel filed a Motion to Dismiss Plaintiff's First Amended Complaint or in the Alternative, Amended Motion for Summary Judgment on July 20, 2018. The matter is set for hearing on November 15, 2018.

3. At this time, the discovery depositions for Anthony Delucia and Patrick Higgins began on May 25, 2017. The discovery deposition of Jake Hunter began on June 1, 2017. The deposition of Jake Hunter was continued on May 7, 2018.

4. Paper discovery has been exchanged between the parties.

5. In the claim pending against Jeffrey Tomasetti, the parties have concluded initial paper discovery. No discovery depositions have been taken.

6. An updated status report will be filed on January 2, 2019.

COLE, SCOTT & KISSANE, P.A.

Blake H. Cole, Esq.
Florida Bar No.: 75031
Trevor G. Hawes, Esq.
Florida Bar No.: 521531
Email: blake.cole@csklegal.com
4686 Sunbeam Road
Jacksonville, Florida 32257
Telephone: 904-672-4057
Facsimile: 904-672-4050
Attorneys for Jake H. Hunter

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic filing and/or U.S. Mail this 15th day of October, 2018 to:

Anthony Delucia, Jr.
c/o Robert Bernard
Davis, Martin & Bernard, P.A.
960185 Gateway Blvd., Ste. 104
Amelia Island, FL 32034-7843

Jake H. Hunter
c/o Cole, Scott & Kissane, P.A.
4686 Sunbeam Road
Jacksonville, FL 32257

Aaron R. Cohen
Post Office Box 4218
Jacksonville, FL 32201-4218

United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2476

| | |
|---|---|
| U.S. Trustee – JAX 13/7<br>Office of the U.S. Trustee<br>George C. Young Federal Bldg.<br>400 W. Washington St., Ste. 1100<br>Orlando, FL 32801-2217 | Leslie Rushing, Esq.<br>Quintairos, Prieto, Wood & Boyer, PA<br>1475 Centerpark Blvd., Suite 130<br>West Palm Beach, FL 33401 |

COLE, SCOTT & KISSANE, P.A.

/s/ Blake H. Cole

Blake H. Cole, Esq.
Florida Bar No.: 75031
Trevor G. Hawes, Esq.
Florida Bar No.: 521531
Email: blake.cole@csklegal.com
4686 Sunbeam Road
Jacksonville, Florida 32257
Telephone: 904-672-4057
Facsimile: 904-672-4050
Attorneys for Jake H. Hunter