## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**In re:**

**ANTHONY R. DELUCIA, JR.,**   CASE NO.: 3:14-bk-000615-JAF
                                Chapter 7
    **Debtor.**
_____/

**JAKE HUNTER,**

    **Plaintiff,**   Adv. Pro. No.:3:14-ap-00120-JAF

**v.**

**ANTHONY R. DELUCIA, JR.,**

    **Defendant.**
_____/

## STATUS REPORT

COMES NOW Creditor / Plaintiff, JAKE HUNTER ("Hunter"), by and through the undersigned counsel, pursuant to this this Court's Order of Conditional Dismissal (DE 90) and Court's Agreed Order Granting Joint Motion for Approval of Agreement and for Stay of Adversary Proceeding (DE 81), hereby provides his status report as follows:

1. As it pertains to Nassau County Circuit Court Case Number 45-2016-CA-000002, in the action of Hunter v. McKeel, the parties continue to litigate and exchange discovery. The Second Amended Complaint was filed October 11, 2019. Defendant answered on December 2, 2019. The parties continue to engage in discovery, including forensic computer discovery.

2. As it pertains to Nassau County Circuit Court Case Number 2014 -CA-00427, in the action of Hunter v. Tomasetti, the parties continue discovery. The trial setting

of this matter has been frustrated by COVID-19. Hunter will be setting trial in this matter when trials are set to resume. The parties continue to engage in discovery, including forensic computer discovery.

3. The parties in both actions are working to coordinate a global mediation of all matters.

COLE, SCOTT & KISSANE, P.A.

<u>s/Trevor G. Hawes</u>
Trevor G. Hawes, Esq.
Florida Bar No.: 521531
Email: trevor.hawes@csklegal.com
4190 Belfort Rd.
Jacksonville, FL 32216
Telephone: 904-672-4099
Facsimile: 904-672-4050
Attorneys for Jake H. Hunter

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic filing and/or U.S. Mail this 4th day of October, 2021 to:

Anthony Delucia, Jr.
c/o Robert Bernard
Davis, Martin & Bernard, P.A.
960185 Gateway Blvd., Ste. 104
Amelia Island, FL 32034-7843

Aaron R. Cohen
Post Office Box 4218
Jacksonville, FL 32201-4218

U.S. Trustee – JAX 13/7
Office of the U.S. Trustee
George C. Young Federal Bldg.
400 W. Washington St., Ste. 1100
Orlando, FL 32801-2217

Jake H. Hunter
c/o Cole, Scott & Kissane, P.A.
4686 Sunbeam Road
Jacksonville, FL 32257

United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2476

Leslie Rushing, Esq.
Quintairos, Prieto, Wood & Boyer, PA
1475 Centerpark Blvd. Suite 130
West Palm Beach, FL 33401

COLE, SCOTT & KISSANE, P.A.

<u>s/Trevor G. Hawes</u>
Trevor G. Hawes, Esq.
Florida Bar No.: 521531
Email: trevor.hawes@csklegal.com
4190 Belfort Rd.
Jacksonville, FL 32216
Telephone: 904-672-4099
Facsimile: 904-672-4050
Attorneys for Jake H. Hunter