**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**In re:**

| | |
|---|---|
| **ANTHONY R. DELUCIA, JR.,** | **CASE NO.: 3:14-bk-000615-JAF** |
| **Debtor.** | **Chapter 7** |

_____/

| | |
|---|---|
| **JAKE HUNTER,** | |
| **Plaintiff,** | **Adv. Pro. No.:3:14-ap-00120-JAF** |
| v. | |
| **ANTHONY R. DELUCIA, JR.,** | |
| **Defendant.** | |

_____/

## STATUS REPORT

COMES NOW Creditor / Plaintiff, JAKE HUNTER ("Hunter"), by and through the undersigned counsel, pursuant to this this Court's Order of Conditional Dismissal (DE 90) and Court's Agreed Order Granting Joint Motion for Approval of Agreement and for Stay of Adversary Proceeding (DE 81), hereby provides his status report as follows:

1. As it pertains to Nassau County Circuit Court Case Number 45-2016-CA-000002, in the action of Hunter v. McKeel, the parties continue to litigate and exchange discovery. The Second Amended Complaint was filed October 11, 2019. Defendant answered on December 2, 2019. The parties continue to engage in discovery, including forensic computer discovery. A global mediation among this matter, and the companion case in paragraph 2 below occurred on May 3, 2022. The mediation did not produce a settlement.

2. As it pertains to Nassau County Circuit Court Case Number 2014-CA-00427, in the action of Hunter v. Tomasetti, the parties continue discovery. A global mediation among this matter, and the companion case in paragraph 1 above occurred on May 3, 2022. The mediation did not produce a settlement. This matter has been set for trial commencing January 9, 2023 and is set for a four (4) day jury trial. The parties continue to engage in discovery, including forensic computer discovery and advance the matter toward trial.

COLE, SCOTT & KISSANE, P.A.

s/ Trevor G. Hawes                      .
Trevor G. Hawes, Esq.
Florida Bar No.: 521531
Email: trevor.hawes@csklegal.com
4190 Belfort Road
Jacksonville, Florida 32216
Telephone: 904-672-4057
Facsimile: 904-672-4050
Attorneys for Jake H. Hunter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic filing and/or U.S. Mail this 12th day of July, 2022, to:

Anthony Delucia, Jr.
c/o Brett L. Steger
Steger Law Firm, PLLC
1869 South 8th Street
Fernandina Beach, Florida 32034

Jake H. Hunter
c/o Cole, Scott & Kissane, P.A.
4686 Sunbeam Road
Jacksonville, FL 32257

Aaron R. Cohen
Post Office Box 4218
Jacksonville, FL 32201-4218

United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2476

| | |
|---|---|
| U.S. Trustee – JAX 13/7<br>Office of the U.S. Trustee<br>George C. Young Federal Bldg.<br>400 W. Washington St., Ste. 1100<br>Orlando, FL 32801-2217 | Leslie Rushing, Esq.<br>Quintairos, Prieto, Wood & Boyer, PA<br>1475 Centerpark Blvd. Suite 130<br>West Palm Beach, FL 33401 |

COLE, SCOTT & KISSANE, P.A.

s/ Trevor G. Hawes                              .
Trevor G. Hawes, Esq.
Florida Bar No.: 521531
Email:  trevor.hawes@csklegal.com
4190 Belfort Road
Jacksonville, Florida 32216
Telephone: 904-672-4057
Facsimile: 904-672-4050
Attorneys for Jake H. Hunter